IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONSTANTINE PETROVIC and
CYNTHIA PETROVIC,

    Plaintiffs,

  v.

TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY, a corporation,
THE STANDARD FIRE INSURANCE
COMPANY, a corporation,

    Defendants.
    /

No. C 15-01713 WHA

**REQUEST FOR INFORMATION**

    In this insurance contract dispute, defendants, two insurance companies, move to dismiss this action for improper venue, or in the alternative, transfer this action to the Central District of California pursuant to 28 U.S.C. 1404(a). Plaintiffs filed their opposition, and defendants responded (Dkt. Nos. 21, 25). Defendants assert that the Corona Police and Fire Departments are material third-party witnesses but do not specify the individuals within those departments that will be called to testify.

    By **TUESDAY, JULY 28, 2015 AT NOON**, the moving parties shall please explain what efforts they have made to date to identify third-party witnesses and why they were unable to identify these witnesses with specificity in their moving papers. For example, defendants shall explain whether (and if not, why not) they interviewed members of the departments and obtained

and read the incident reports.  The response shall be made under oath by someone with knowledge.  Plaintiffs shall have until **THURSDAY, JULY 30, 2015 AT NOON** to respond.

**IT IS SO ORDERED.**

Dated:  July 24, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE