IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CONSTANTINE PETROVIC and CYNTHIA PETROVIC,

    Plaintiffs,

  v.

TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a corporation, THE STANDARD FIRE INSURANCE COMPANY, a corporation,

    Defendants.

No. C 15-01713 WHA

**FURTHER REQUEST FOR INFORMATION**

In this insurance contract dispute, defendants, two insurance companies, move to dismiss this action for improper venue or, in the alternative, transfer this action to the Central District of California pursuant to 28 U.S.C. 1404(a). Plaintiffs filed their opposition, and defendants responded (Dkt. Nos. 21, 25). Plaintiffs stated: "Weary of living in a hotel room while the lengthy process of preparing to rebuild the Garreston Property home got underway and ran its course, the Petrovics in approximately November, 2012, decided to move closer to their daughter and grandchild in the San Francisco Bay Area" (Compl. ¶ 25).

By **TUESDAY, AUGUST 4, 2015 AT NOON**, plaintiffs shall please provide sworn declarations detailing any and all plans for the repair of the house and for plaintiffs to resume living there, including details regarding any contracts, requests for bids, and estimates.

Please also describe what renovations and repairs have been made and still need to be done. Be specific.

**IT IS SO ORDERED.**

Dated: July 31, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE