IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINE PETROVIC and CYNTHIA PETROVIC, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a corporation, THE STANDARD FIRE INSURANCE COMPANY, a corporation,<br><br>Defendants.<br>_____/ | No. C 15-01713 WHA<br><br>**ORDER EXTENDING DEADLINE TO CONDUCT MEDIATION** |

The parties have filed a stipulation requesting to extend the deadline to conduct mediation to December 7 (Dkt. No. 45). Good cause shown, the parties' request is **APPROVED**.

**IT IS SO ORDERED.**

Dated: October 6, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE