UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSTANTINE PETROVIC and CYNTHIA PETROVIC, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a corporation, THE STANDARD FIRE INSURANCE COMPANY, a corporation;<br><br>Defendants. | CASE NO. 3:15-CV-1713-WHA<br>Assigned to: District Judge William ~~H.~~ Alsup<br><br>~~[PROPOSED]~~ ORDER REGARDING NON-EXPERT AND EXPERT RELATED DEADLINES |

Based on the Stipulation of Plaintiffs Constantine Petrovic and Cynthia Petrovic (collectively "Plaintiffs") and Defendants Travelers Property Casualty Insurance Company and The Standard Fire Insurance Company (collectively "Defendants") filed on November 9, 2015 regarding the non-expert and expert related deadlines applicable to this matter and based on the requests and representations of Plaintiffs and Defendants set forth in said Stipulation, and for good cause showing therefor, THIS COURT HEREBY ORDERS that the Civil Pretrial Deadlines of this action to be modified as follows:

| | |
|---|---|
| Initial Disclosures: | August 13, 2015 (unchanged) |
| Amend/add parties/Amend Pleadings: | August 31, 2015 (unchanged) |
| List of Issues Subject to Expert Testimony: | January 4, 2016 (originally November 20, 2015) |
| Non-Expert Discovery Cutoff: | January 29, 2016 (originally December 18, 2015) |
| Expert Disclosure & "Opening" Reports: | January 29, 2016 (originally December 18, 2015) |

-1-     Case No. 3:15-CV-1713-WHA

~~[PROPOSED]~~ ORDER REGARDING NON-EXPERT AND EXPERT RELATED DEADLINES

| | |
|---|---|
| Expert Rebuttal ("Opposition") Reports: | February 12, 2016 (originally January 1, 2016) |
| Expert "Reply" Reports: | February 19, 2016 (originally January 8, 2016) |
| Expert Discovery Cutoff: | March 1, 2016 (originally January 22, 2016) |
| Last Day to File Motions: | February 4, 2016 (unchanged) |
| Final Pretrial Conference: | April 6, 2016 (unchanged) |
| Trial: | April 11, 2016 (unchanged) |

Dated: November 10, 2015

_____
THE HONORABLE WILLIAM H. ALSUP

Submitted by:

KORNBLUM, COCHRAN, ERICKSON
& HARBISON, LLP
Guy O. Kornblum (SBN 39974)
Walter G. Crump (SBN 203743)
Rudy Tap (SBN 297650)
1388 Sutter Street, Suite 505
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898
Email: gkornblum@kcehlaw.com
wcrump@kcehlaw.com
rtap@kcehlaw.com

Attorneys for PLAINTIFFS
CONSTANTINE PETROVIC AND
CYNTHIA PETROVIC