# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| CONSTANTINE PETROVIC and CYNTHIA PETROVIC, individuals, <br><br> Plaintiffs, <br><br> vs. <br><br> TRAVELERS PROPERTY CASUALTY INSURANCE COMPANY, a corporation, THE STANDARD FIRE INSURANCE COMPANY, a corporation; <br><br> Defendants. | CASE NO. 3:15-CV-1713-WHA <br> Assigned to: District Judge William ~~H.~~ Alsup <br><br> ~~[PROPOSED]~~ **ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

Having considered the Joint Motion to Dismiss the Entire Action with Prejudice filed by Plaintiffs Constantine Petrovic and Cynthia Petrovic and defendants The Standard Fire Insurance Company and Travelers Property Casualty Insurance Company and for good cause shown,

**IT IS HEREBY ORDERED THAT:**

1. This entire action is dismissed with prejudice;
2. Each party is to bear its own attorney's fees and costs;

\ \ \

\ \ \

\ \ \

3. ~~This Court shall retain jurisdiction over the enforcement of the settlement agreement.~~ `The Court shall retain jurisdiction over the enforcement of the settlement agreement for ninety days from the date of this order.`

**IT IS SO ORDERED.**

Dated: February 8, 2016.

_____
THE HONORABLE WILLIAM ~~H.~~ ALSUP

Submitted by:

KORNBLUM, COCHRAN, ERICKSON & HARBISON, LLP
Guy O. Kornblum (SBN 39974)
Walter G. Crump (SBN 203743)
Rudy Tap (SBN 297650)
1388 Sutter Street, Suite 505
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898
Email:   gkornblum@kcehlaw.com
         wcrump@kcehlaw.com
         rtap@kcehlaw.com

Attorneys for PLAINTIFFS
CONSTANTINE PETROVIC AND
CYNTHIA PETROVIC